RENNAU v. STATE.

Opinion delivered June 4, 1904.

FISH—SEINES.—Under Acts 1897, p. 112, Lee county is exempted from the operation of the general act prohibiting any person from placing any seine in any of the waters of the state.

Appeal from Lee Circuit Court.

HANCE N. HUTTON, Judge.

Reversed.

*McCulloch & McCulloch*, for appellant.

No offense was charged. Sand. & H. Dig. § 3421; Acts 1897, p. 112; 55 Ark. 389; Black, Inter. Stat. § 131.

BATTLE, J. Sam Rennau, Dash Jones, Jim Shinup and Bud Deweise were indicted by a grand jury of Lee county for a violation of section 3421 of Sandels & Hill's Digest, committed on the 24th day of September, 1903, by placing a seine in the St. Francis river, and taking fish therefrom by means thereof, and were convicted and fined.

The section of the Digest under which they were indicted was amended on the 26th of June, 1897, and Lee county was exempted from the operation thereof. So the act of which defendants were accused was no offense, and they were not subject to indictment. *Mondschein* v. *State,* 55 Ark. 389.

Judgment reversed, and indictment dismissed.